UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILFORD ARMSTEAD, | Case No. C11-563-RSM |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| DONALD HOLBROOK, | |
| Respondent. | |

The Court, after careful consideration of petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The habeas petition is DENIED and this case is DISMISSED with prejudice.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all four grounds asserted by petitioner in his habeas petition.

(4) The Clerk is directed to send copies of this Order to petitioner, counsel for respondent and Judge Donohue.

DATED this 14 day of February 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE